AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    1:23-CV-2093-KAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Indigo Partners, LLC**
was recieved by me on  **8/21/2023:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **kelley C.**, who is designated by law to accept service of process on behalf of **Indigo Partners, LLC** at **2525 East Camelback Road Suite 900, Phoenix, AZ 85016** on **08/23/2023 at 1:36 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 0.00** for services, for a total of **$ 0.00**.

I declare under penalty of perjury that this information is true.

Date:  08/23/2023

_____
*Server's signature*

**George Elkins**
*Printed name and title*

**1320 South Joshua Avenue**
**Parker, AZ 85344**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to kelley C. who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 35-45 years of age, 5'4"-5'6" tall and weighing 140-160 lbs.**



Tracking #: **0112821701**

