IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-KAS

JERIYMA HARTSFIELD, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES
HOLDING, INC., FRONTIER AIRLINES MANAGEMENT,
INC., and INDIGO PARTNERS, LLC,

    Defendants.

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.1, Defendants Frontier Airlines, Inc., Frontier Airlines Holding, Inc., Frontier Airlines Management, Inc., and Indigo Partners, LLC (collectively, "Defendants") respectfully move for a sixty (60) day extension of time, through and including November 10, 2023, for Defendants to respond to the Complaint, and state as follows:

1. Plaintiff, individually and on behalf of the putative class set forth in the Complaint, purports to allege ten causes of action against Defendants: (1) negligence, (2) negligent misrepresentation, (3) unjust enrichment, (4) breach of express warranty, (5) breach of implied warranty of fitness for a particular purpose, (6) breach of implied warranty of merchantability, (7) breach of contract, (8) strict product liability for misrepresentation, (9) fraud, and (10) fraudulent misrepresentation.

2. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires . . . ." In addition, Local Rule 6.1 provides that a motion for extension of time shall state the reason for the extension, the length of the requested extension, and the total number of extensions granted previously.

3. Here, Defendants request a 60-day extension of time to file a response to the Complaint. The requested extension, if granted, would make Defendants new deadline to respond to the Complaint November 10, 2023.

4. This is Defendants' first request for an extension to respond to the Complaint.

5. Good cause exists for the requested extension. Undersigned counsel was recently retained to represent Defendants. As a result, and given the number of Defendants and causes of action asserted, Defendants need additional time to investigate the allegations in the Complaint and prepare a comprehensive pre-answer motion to dismiss, which will likely include, *inter alia*, arguments related to dismissal on jurisdictional and preemption grounds.

6. The extension is sought in order that justice may be done, and to conserve the resources of the parties and the Court. Additionally, the requested extension will not cause undue delay or prejudice, as the case is in its earliest stages and discovery has not yet commenced.

7. The undersigned's office conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel advised that Plaintiff consents to a 30-day extension of time for Defendants to respond to the Complaint, but does not consent to the requested 60-day extension of time.

Dated this 6th day of September, 2023.

*/s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 6th day of September, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com

*Attorney for Plaintiff*

                                                */s/ Anna S. Day*
                                                Anna S. Day