IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02093-KAS

JERIYMA HART, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.;
FRONTIER AIRLINES HOLDING, INC.;
FRONTIER AIRLINES MANAGEMENT, INC., and
INDIGO PARTNERS, LLC,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on **Defendants' Motion for Extension of Time to Answer or Otherwise Respond to Complaint** [#8] (the "Motion"). Defendants request a 60-day extension of time to respond to the Complaint. *Id.* at 1. Defendants note that there are ten causes of action in this putative class action, and assert that given the number of Defendants and claims, additional time is needed to investigate and prepare a motion to dismiss which will likely include jurisdictional and preemption grounds. *Id.* at 1-2. The Motion states that Plaintiff consented to a 30-day extension, but opposes a 60-day extension. *Id.* at 2. Finding good cause for the 60-day extension given the scope of the claims,

    IT IS HEREBY **ORDERED** that the Motion [#8] is **GRANTED**. Defendant has up to and including **November 10, 2023**, to answer or otherwise respond to Plaintiff's Complaint.

    Dated: September 12, 2023