UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02093-KAS

Jeriyma Hartsfield,
individually and on behalf of
others similarly situated,

    Plaintiff,

    v.

Frontier Airlines, Inc., Frontier Airlines
Holding, Inc., Frontier Airlines
Management, Inc., Indigo Partners, LLC,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Jeriyma Hartsfield.

DATED: September 28, 2023

                                                */s/ Paul J. Doolittle*
                                                Paul J. Doolittle, Esq.
                                                (Fed. SC. Bar No 6012)
                                                **POULIN | WILLEY**
                                                **ANASTOPOULO, LLC**
                                                32 Ann Street
                                                Charleston, SC 29403
                                                Tel: (803) 222-2222
                                                Email: paul.doolittle@poulinwilley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of September 2023. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Paul Doolittle*
Paul Doolittle
