IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-KAS

JERIYMA HARTSFIELD, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES
HOLDING, INC., FRONTIER AIRLINES MANAGEMENT,
INC., and INDIGO PARTNERS, LLC,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION TO CONTINUE THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**

Defendants Frontier Airlines, Inc., Frontier Airlines Holding, Inc., Frontier Airlines Management, Inc., and Indigo Partners, LLC (collectively, "Defendants") respectfully request that the Court continue by at least thirty (30) days the Scheduling Conference set for October 24, 2023, and its associated deadlines, and state as follows:

1. Plaintiff filed this putative class action on or about August 17, 2023, seeking a declaratory judgment, injunctive relief, and damages relating to the alleged sale and use of an "All-You-Can-Fly Pass" ("Pass") that Plaintiff purchased for travel on Frontier Airlines, Inc. Plaintiff alleges that she was unable to book her travel with the Pass, and was denied a refund.

2. On September 6, 2023, the Court issued an order setting the Scheduling Conference for October 24, 2023. (Doc. 9.) The parties' deadline to submit the proposed Scheduling Order is October 17, 2023. (*Id.*)

3. On September 12, 2023, the Court granted Defendants' request for a sixty-day extension of time to respond to the Complaint, up to and including November 10, 2023. (Doc. 10.)

4. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires . . . ." In addition, Local Rule 6.1 provides that a motion for extension of time shall state the reason for the extension, the length of the requested extension, and the total number of extensions granted previously.

5. Defendants hereby request a continuance of the Scheduling Conference by at least thirty days, and a corresponding continuance of the deadline for the parties to submit a proposed Scheduling Order.

6. This is Defendants' first request to extend the Scheduling Conference and associated deadlines.

7. Good cause exists for the requested continuation. Defendants will be filing a pre-answer motion to dismiss, which will include jurisdictional and preemption defenses. Contemporaneous with this filing, Defendants plan to file a motion to stay discovery pending the Court's ruling on the motion to dismiss. Defendants believe that following submission of their motions to dismiss and stay discovery, the Court will be in a better position to determine whether the parties should proceed with discovery, and to conduct the Scheduling Conference, if necessary.

Further, any decisions made at this juncture concerning the schedule may be rendered moot by the motion to dismiss, which could result in dismissal of the case, or a narrowing of the issues and/or Defendants.

8. Aa a result, the requested postponement of the Scheduling Conference and associated deadlines will promote judicial economy and conserve the resources of the parties and the Court.

9. The undersigned conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel advised that Plaintiff consents to the relief requested in this Motion.

Dated this 6th day of October, 2023.

*/s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of October, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Paul J. Doolitte
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
         paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

                                              */s/ Anna S. Day*
                                              Anna S. Day