IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02093-KAS

JERIYMA HARTSFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.;
FRONTIER AIRLINES HOLDING, INC.;
FRONTIER AIRLINES MANAGEMENT, INC., and
INDIGO PARTNERS, LLC,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on **Defendants' <u>Unopposed</u> Motion to Continue the Scheduling Conference and Associated Deadlines** [#13] (the "Motion"). Defendants seeks to continue the Scheduling Conference, currently set for October 24, 2023, at 10:00 a.m., by at least 30 days because Defendants intend to file a motion to dismiss with jurisdictional and preemption defenses along with a motion to stay discovery. *Id.* at 2. The Court previously extended Defendants' deadline to respond to the Complaint to and including November 10, 2023. *See* Order [#10]. Defendants aver that the Court will be in a better position to determine whether the parties should proceed with discovery and whether the Scheduling Conference should proceed once it has evaluated the motions to dismiss and to stay discovery. *Id.* The Court agrees. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for October 24, 2023, at 10:00 a.m. is **VACATED** and **RESET** to **December 13, 2023**, at **11:00 a.m.**

    IT IS FURTHER **ORDERED** that the parties shall submit a proposed scheduling order by **December 6, 2013**.

    Dated: October 11, 2023