**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**       Jeffrey P. Colwell, Clerk

**FROM:**   Judge Robert E. Blackburn

**DATE:**   October 11, 2023

**RE:**       Civil Action No. 23-cv-2093
***Hartsfield v. Frontier Airlines, Inc. et al***

    Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.