IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-DDD

JERIYMA HARTSFIELD, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES
HOLDING, INC., FRONTIER AIRLINES MANAGEMENT,
INC., and INDIGO PARTNERS, LLC,

    Defendants.

## JOINT STIPULATION AND MOTION TO EXTEND DEADLINES

Plaintiff Jeriyma Hartsfield ("Plaintiff") and Defendants Frontier Airlines, Inc. ("Frontier Airlines"), Frontier Airlines Holding, Inc. ("Frontier Holdings"), Frontier Airlines Management, Inc. ("Frontier Management"), and Indigo Partners LLC ("Indigo") (collectively, "Defendants") hereby stipulate and jointly move for a schedule and extension of various deadlines that will be impacted by Plaintiff's forthcoming amendment to her Complaint:

1.    Plaintiff filed this putative class action on or about August 17, 2023, seeking a declaratory judgment, injunctive relief, and damages relating to the alleged sale and use of an "All-You-Can-Fly Pass" ("Pass") that Plaintiff purchased for travel on Frontier Airlines. Plaintiff alleges that she was unable to book her travel with the Pass, and was denied a refund. She asserts ten causes of action.

2.    On September 6, 2023, the Court issued an order setting the Scheduling Conference for October 24, 2023. (Doc. 9.)

3. On September 12, 2023, the Court granted Defendants' request for a sixty-day extension of time to respond to the Complaint, up to and including November 10, 2023. (Doc. 10.) Because November 10, 2023 is a federal holiday, the response is due November 13, 2023.

4. On October 11, 2023, the Court granted Defendants' unopposed motion to continue the Scheduling Conference and associated deadlines. The Court reset the Scheduling Conference for December 13, 2023. (Doc. 15.)

5. In accordance with the Honorable Judge Domenico's Practice Standards, counsel for Defendants conferred with Plaintiff's counsel over the past two days regarding Defendants' Rule 12(b) motions that they intend to file by November 13, 2023, in order to determine whether any asserted deficiencies are correctable by amendment.

6. Defendants' proposed Rule 12(b) motions are based on various and extensive grounds and were discussed by counsel for the parties during the meet and confer sessions.

7. Following the conferral, Plaintiff's requested consent to file an amended Complaint which they believe will correct the deficiencies.

8. Defendants provided consent and will review the Amended Complaint when filed and will meet and confer on the Amended Complaint pursuant to Your Honor's Practice Standards.

9. As a result, the parties jointly request that the Court approve the following deadlines (which take into account the intervening holidays):

    a. Plaintiff shall have until **November 29, 2023** to file the Amended Complaint; and

    b. Defendants shall have until **January 9, 2024** to respond to the Amended Complaint.

1

10. Additionally, as part of the meet and confer, the parties agreed to request a continuance of the Scheduling Conference by at least seventy-five days, along with the corresponding deadline to submit a proposed Scheduling Order. The parties believe the Court will be in a better position to evaluate the need and the timing for a Scheduling Conference (and proposed Scheduling Order) following Defendants' response to the Amended Complaint.

11. For the reasons set forth above, good cause exists for this request.

12. Nothing in this stipulation shall constitute a waiver of any assertions, allegations, or defenses by any party in this action.

Respectfully submitted November 9, 2023.

<u>/s/ Anna S. Day</u>
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendants*

<u>/s/ Blake Garrett Abbott</u>
Blake Garrett Abbott
Paul J. Doolittle
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
          paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

2