IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, individually and on behalf
of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES
HOLDING, INC., FRONTIER AIRLINES MANAGEMENT,
INC., and INDIGO PARTNERS, LLC,

    Defendants.

## DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendants Frontier Airlines, Inc. ("Frontier"), Frontier Airlines Holdings, Inc. ("Frontier Holdings"), Frontier Airlines Management, Inc. ("Frontier Management"), and Indio Partners LLC ("Indigo"), hereby disclose as follows:

1. **Frontier Airlines, Inc.** is a Colorado corporation with its principal place of business in Colorado.  Frontier Airlines Holdings, Inc., a Delaware corporation, is the 100% owner of Frontier Airlines, Inc.

2. **Frontier Airlines Holdings, Inc.** is a Delaware corporation.  Frontier Group Holdings, Inc., a Delaware corporation, is the 100% owner of Frontier Airlines Holdings, Inc.

3. **Frontier Airlines Management, Inc.** is a Delaware corporation.  Frontier Airlines, Inc. is the 100% owner of Frontier Airlines Management, Inc.

4. **Indigo Partners LLC** is a Nevada limited liability company.  Indigo does not have any parent corporation and no publicly held corporation holds 10% or more of its stock, if any.

Respectfully submitted November 13, 2023.

*/s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendants*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of November, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Paul J. Doolitte
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
         paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

                                    */s/ Anna S. Day*
                                    Anna S. Day