IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.;
FRONTIER AIRLINES HOLDING, INC.;
FRONTIER AIRLINES MANAGEMENT, INC., and
INDIGO PARTNERS, LLC,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the parties' **Joint Stipulation and Motion to Extend Deadlines** [#19] (the "Motion"). The parties are currently conferring over potential deficiencies in the operative complaint, which they believe can be corrected by the filing of an amended complaint. As a result, they ask the Court to set certain deadlines and to continue the Scheduling Conference.

    IT IS HEREBY **ORDERED** that the Motion [#19] is **GRANTED**. Plaintiff may file an amended complaint **no later than November 29, 2023**. Defendant shall answer or otherwise respond to the operative complaint, whether the current Complaint [#1] or the Amended Complaint, if one is filed, **no later than January 9, 2024**.

    IT IS FURTHER **ORDERED** that the Scheduling Conference set for December 13, 2023, at 11:00 a.m. is **VACATED** and **RESET** to **February 26, 2024**, at **9:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that, **no later than February 20, 2024**, the parties shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

    Dated: November 14, 2023