IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM,
DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ,
MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf
of others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES HOLDING,
INC., FRONTIER AIRLINES MANAGEMENT, INC., and INDIGO
PARTNERS, LLC,

    Defendants.

## DEFENDANTS' NOTICE OF RELATED CASE

Pursuant to D.C.COLO.LCivR 3.2, Defendants hereby provide the following notice of related case:

1.    This putative class action was initiated on August 17, 2023. (Doc. 1.) Plaintiffs seek a declaratory judgment, injunctive relief, and damages relating to the alleged sale and use of an "All-You-Can-Fly Pass" ("Pass") that Plaintiffs claimed to have purchased for travel on Frontier Airlines, Inc. (*Id.*) Plaintiffs allege that they were unable to book their travel with the Pass, and were denied a refund. (*Id.*) They assert ten causes of action against Defendants. (*Id.*)

2.    This action is related to *William Marvin Klaes v. Frontier Airlines, Inc.*, pending in the United States District Court for the District of Colorado, Case No. 1:23-cv-02431-CNS-STV.

In this putative class action initiated on or about September 18, 2023, plaintiff seeks a declaratory judgment, injunctive relief, and damages relating to a flight credit or voucher that plaintiff alleges he was issued for travel on Frontier Airlines, Inc. but was unable to use because it had expired. Plaintiff asserts a nationwide class of all persons in the United States who received a voucher from Frontier Airlines, Inc. from 2020 to the present.  Plaintiff asserts eight causes of action against Frontier Airlines, Inc.: (1) negligent misrepresentation, (2) unjust enrichment, (3) breach of express warranty, (4) breach of implied warranty of fitness for a particular purpose, (5) breach of implied warranty of merchantability, (6) breach of contract, (7) fraud, and (8) fraudulent misrepresentation and/or inducement.

3. Both the instant action and the *Klaes* case are consumer fraud putative class actions, and involve similar defenses, including *inter alia*, class action waiver and preemption under the Airline Deregulation Act.  Further, the plaintiffs in both cases are represented by the same law firm, and the defendants have the same defense counsel in both cases.

Respectfully submitted December 12, 2023.

*/s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Paul J. Doolitte
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
Email: blake@akimlawfirm.com
          paul.doolittle@poulinwilley.com

*Attorneys for Plaintiffs*

                                          */s/ Anna S. Day*
                                          Anna S. Day