**EXHIBIT 1**

1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM,
DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ,
MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf
of others similarly situated,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES HOLDING,
INC., FRONTIER AIRLINES MANAGEMENT, INC., and INDIGO
PARTNERS, LLC,

      Defendants.

---

**DECLARATION OF SHANNON MUIR IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS**

---

      I, Shannon Muir, being of lawful age and duly sworn according to law, upon my oath state

the following:

      1.      I am a Senior Manager in Corporate Contacts and Licensing for Frontier Airlines,

Inc., and am familiar with the corporate structure of Frontier Airlines, Inc. and its affiliated

companies.

      2.      Defendant Frontier Airlines, Inc. is a commercial airline incorporated in Colorado

with its principal place of business in Denver, Colorado.

      3.      Defendant Frontier Airlines Holdings, Inc. ("Frontier Holdings") (incorrectly sued

herein as "Frontier Airlines Holding, Inc.") is a Delaware holding company, with its principal

place of business in Denver, Colorado.  Frontier Holdings wholly owns Frontier Airlines, Inc.

4.      Defendant Frontier Airlines Management, Inc. ("Frontier Management") is a Delaware company with its principal place of business in Denver, Colorado.  It has no assets and does not conduct any business.  It is not an active company.

5.      Neither Frontier Holdings nor Frontier Management is involved in Frontier's flight operations nor do they advertise or sell Frontier Airlines tickets or program passes to consumers.

6.      Frontier Management and Frontier Holdings have the same registered agent for service of process, namely Corporation Service Company, located at 900 W. Littleton Boulevard, Littleton, Colorado 80120.

7.      Plaintiffs attempted to serve process on Frontier Holdings and Frontier Management by delivering the summons and original Complaint to me.  However, I am not an employee, officer, registered agent, managing agent, or general agent for either Frontier Holdings or Frontier Management.  Nor am I an assistant, supervisor, secretary, administrative assistant, bookkeeper, human resources representative, or managing agent of Frontier Holdings or Frontier Management's registered agent, or the secretary or assistant to any officer of Frontier Holdings or Frontier Management, or the functional equivalent.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed:      January 9, 2024
               Denver, Colorado


s/ Shannon Muir

Shannon Muir

**EXHIBIT 2**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM,
DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ,
MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf
of others similarly situated,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES HOLDING,
INC., FRONTIER AIRLINES MANAGEMENT, INC., and INDIGO
PARTNERS, LLC,

      Defendants.

---

**DECLARATION OF MYRIAH MONTENERI IN SUPPORT OF**
**MOTION TO COMPEL ARBITRATION AND TO DISMISS**

---

    I, Myriah Monteneri, being of lawful age and duly sworn according to law, upon her oath state the following:

    1.    I am a Specialist, Legal Claims at Defendant Frontier Airlines, Inc. ("Frontier").  In this role, I am responsible for, *inter alia*, handling passenger claims, including claims related to our customer loyalty programs. As such, I am familiar with Frontier's Terms and Conditions ("T&C") that govern such programs and the following facts regarding the above-captioned matter.

**Plaintiffs' Purchases of GoWild! Passes**

    2.    In its ordinary course of business, Frontier creates and maintains computerized Passenger Name Records ("PNRs") for each passenger, which contain various information related to a passenger's ticketing, travel itinerary, loyalty program enrollments and other payments associated with their contract for travel on Frontier.

1

3.      According to the PNRS, each Plaintiff in the Amended Complaint enrolled in and purchased a GoWild! Pass ("Pass") from Frontier.  Plaintiffs purchased their Passes on various dates in November 2022, May 2023 and November 2023.

4.      In order to participate in the Pass Program, customers agree to Frontier's Terms and Conditions ("T&C"). Air travel under the Pass Program is also governed by Frontier's Ticket Terms and Conditions and Contract of Carriage ("COC").

**Frontier's Go Wild! Pass Terms and Conditions**

5.      Prior to purchasing their Pass, Plaintiffs – like all Frontier customers – have to agree to the T&C (which are hyperlinked) in order to complete their enrollment. Specifically, by clicking a "Join Now" button, they "confirm that ….[they] agree to Frontier's Terms and Conditions, Privacy Policy and California Privacy Policy."    Attached as Exhibit A is a true and correct copy of a sample screen shot of such agreement.

6.      Additionally, at other points in the enrollment process, each Plaintiff was presented with links to Frontier's Terms and Conditions that govern the Program. Attached as Exhibit B is a true and correct sample screen shot of "Things You Should Know" pages with a link near where the customer clicks "Get Pass."

7.      Following a Frontier customer's purchase and enrollment in the Pass program, they receive a confirmation email from Frontier that also provides a link to the Program's T&C. Attached as Exhibit C is a true and correct copy of a sample confirmation email that each Plaintiff would have received from Frontier.

8.      Attached as Exhibit D are true and correct copies of the T&C that were in effect on the dates that each Plaintiff purchased their respective Passes.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed:    January 9, 2024
               Newnan, Georgia

<u>s/ Myriah Monteneri</u>

Myriah Monteneri

# EXHIBIT A





# EXHIBIT B





**GOWILD! ALL-YOU-CAN-FLY PASS BENEFITS:**

- An unlimited number of flights
- Access to Frontier's domestic and international destinations
- Get confirmed bookings the day before flight departure for domestic travel and starting 10 days before flight departure for international travel
- *NEW!* Plan ahead & book select flights early, simply search & choose GoWild! when available. A GoWild! Early Booking charge may apply
- Travel that will keep your miles from expiring; plus, use your Elite Status for FREE bags and seats.



### FALL & WINTER PASS

**Sept 2, 2023 - Feb 29, 2024**

Limited Time Offer: $299/yr
~~Retail Price: $999/yr~~

GET YOUR PASS



### MONTHLY PASS

**Valid for 30 days after purchase**

Limited Time Offer: First month $0 + $49 enrollment fee

Automatically Renews at $149 monthly

GET YOUR PASS




### SUMMER PASS



### ANNUAL PASS

## SUMMER PASS

**April 11, 2023 - Sept 30, 2023!**

Retail Price: $999/yr

GET YOUR PASS

## ANNUAL PASS

**Travel all year starting April 11!**

Retail Price: $1,999/yr

GET YOUR PASS



### TURN YOUR FLEXIBILITY INTO UNLIMITED FLIGHTS

Flexible with your schedule? This is your ticket to truly go wild, as often as you like. Here's how it works:

1. **Buy** the GoWild! Pass
2. **Login** to your *FRONTIER* Miles account at FlyFrontier.com (not the Frontier mobile app)
3. **Search & Book** on FlyFrontier.com the day before flight departure for domestic travel and starting 10 days before flight departure for international travel. Your pass will be valid for the period described for that specific type of GoWild! Pass. For each flight, you'll pay $0.01 in airfare plus applicable taxes, fees, and charges at the time of booking. When you book, you can also purchase options like bags, seats, and other ancillary products for each flight to customize your travel.
   *NEW!* Plan ahead & book select flights early, simply search & choose GoWild! when available. A GoWild! Early Booking charge may apply.
4. **Fly!**
5. **Repeat** and book an unlimited number of flights for as long as your pass is valid. See details below.

### EARLY BOOKING NOW AVAILABLE

**GoWild! Pass Holders can book early through November 15, 2023!**

A GoWild! Early Booking charge will vary based on day of travel and will be included in the total price shown *Terms and Conditions Apply*

BOOK NOW

### THINGS YOU SHOULD KNOW:

W Flights can be booked and confirmed the day before flight departure for domestic travel and starting 10 days before flight departure for international travel

## THINGS YOU SHOULD KNOW:

W Flights can be booked and confirmed the day before flight departure for domestic travel and starting 10 days before flight departure for international travel

    W **NEW!** Plan ahead & book select flights early, simply search & choose GoWild! when available. A GoWild! Early Booking charge may apply

W Flights must be booked at flyfrontier.com

W Flights are subject to blackout periods:

    W **2023:** May 25, 26, 29; June 29, 30; July 1-5, 8, 9; August 31; September 1, 4; October 5, 6, 9; November 18, 22, 24-27; December 16, 17, 22-24, 26-31;

    W **2024:** January 1, 15; February 15, 16, 19; March 3, 10, 15-17, 22-24, 29-31; April 5-7, 12-14; May 23-24, 27; June 27-29; July 5, 7; August 29-30; September 2. Blackout dates for October 2024 and beyond will be posted in advance of accepting any enrollments for pass periods which cover those dates.

W Flights do not include any add-on products (like bags or seats), you can still customize your travel

W Taxes, fees, and charges apply at the time of booking

W A fare of $0.01 will be charged for each segment booked

W Flights and seats are subject to availability; last seat availability is not guaranteed

W Travel not eligible to earn miles or status

W Travel qualifies as activity and will extend your *FRONTIER* Miles expiration

W The GoWild! Pass is non-transferable. The pass holder is the only allowed passenger to travel with GoWild! Pass privileges.

    **2023:** May 25, 26, 29; June 29, 30; July 1-5, 8, 9; August 31; September 1, 4; October 5, 6, 9; November 18, 22, 24-27; December 16, 17, 22-24, 26-31;

    W **2024:** January 1, 15; February 15, 16, 19; March 3, 10, 15-17, 22-24, 29-31; April 5-7, 12-14; May 23-24, 27; June 27-29; July 5, 7; August 29-30; September 2. Blackout dates for October 2024 and beyond will be posted in advance of accepting any enrollments for pass periods which cover those dates.

W Flights do not include any add-on products (like bags or seats), you can still customize your travel

W Taxes, fees, and charges apply at the time of booking

W A fare of $0.01 will be charged for each segment booked

W Flights and seats are subject to availability; last seat availability is not guaranteed

W Travel not eligible to earn miles or status

W Travel qualifies as activity and will extend your *FRONTIER* Miles expiration

W The GoWild! Pass is non-transferable. The pass holder is the only allowed passenger to travel with GoWild! Pass privileges.

W Your Annual Pass will automatically renew for successive one-year terms unless you cancel

W Your Seasonal Pass will automatically renew for the seasonal pass period terms unless you cancel

W You must be 18 years or older and a resident of the United States to purchase the GoWild! Pass. The pass holder may be under the age of 18 but must be a resident of the United States. Pass holders under the age of 13 must be enrolled by their parent or legal guardian. Children under the age of 15 years old must travel accompanied by a passenger who is at least 15 years old.

**GET YOUR PASS**

Visit GoWild! Pass™ Terms and Conditions for general terms and conditions

# EXHIBIT C



## THANK YOU FOR YOUR PURCHASE.

You are now a GoWild! Pass™ holder. Get ready to enjoy a full year of unlimited travel with your new pass.



## YOUR PASS EXPLAINED

- Flights will be available to book and fly starting May 2, 2023

- Flights can be booked and confirmed the day before flight departure

- You must be logged in to book flights. Flights must be booked at flyfrontier.com

- Flights are subject to blackout periods:

    - 2023: May 25, 26, 29; June 29, 30; July 1-5, 8, 9; August 31; September 1, 4; October 5, 6, 9; November 17, 18, 22, 24-27; December 16, 17, 21-31;

    - 2024: January 1, 15; February 15, 16, 19; March 1-3, 8-10, 15-17, 22-24, 29-31; April 5-7, 12-14. Blackout dates for May 2024 and beyond will be posted in advance of accepting any enrollments for pass periods which cover those dates.

- Flights do not include any add-on products like bags or seats

- Access to all U.S. Destinations, including Puerto Rico

- Taxes, fees, and charges apply at the time of booking

- A fare of $0.01 will be charged for each segment booked

- Flights and seats are subject to availability; last seat availability is not guaranteed
- Travel not eligible to earn miles or status
- Travel qualifies as activity and will extend your *FRONTIER Miles℠* expiration
- The GoWild! Pass is non-transferable. The pass holder is the only allowed passenger to travel with GoWild! Pass privileges.
- Your pass will automatically renew for a successive one-year terms unless you cancel

Learn more about your pass

 my**ACCOUNT** | Log In

*FRONTIER Miles℠* #:

Member Status: *Member*
Discount Den Member: **Join now**
GoWild! Pass™ Holder: **Yes**

Expiration Date: **05/01/2024**
*pass will automatically renew effective 05/02/2024*

Enrollment Date: **11/17/2022**
*flight availability to book and fly starts 05/02/2023*

Total Payment Amount: **$599.00**

Payment Date: **11/17/2022**

**Terms and Conditions GoWild! Pass™**

Read full terms at https://www.flyfrontier.com/myfrontier/terms-and-conditions/#GoWild!_Pass



BOOK A FLIGHT

ONLINE DEALS

MANAGE TRAVEL

**FRONTIER**

# EXHIBIT D

myFrontier / **Terms and Conditions**
General Information | Membership/Program Registration | DISCOUNT DEN® Membership | GoWild! Pass | GoWild! Annual Pass | GoWild! Summer Pass | GoWild! Winter Pass | GoWild! Monthly Pass | Redemption of FRONTIER Miles | Termination of Membership | Miles Expiration | Elite Status | Family Pooling | Additional Terms | Disclaimer | Miscellaneous | Earning Exclusions | Changes To Program Rules | Limitation of Liability

# TERMS AND CONDITIONS

## 1. GENERAL INFORMATION

    a.  Welcome to the FRONTIER Miles Program (FRONTIER Miles or Program). FRONTIER Miles is a member rewards program offered by Frontier Airlines ("Frontier") that allows Frontier passengers to earn and use FRONTIER Miles ("Miles" or "Mile"), in accordance with the Terms and Conditions outlined below. The following Terms and Conditions (hereafter "Program Rules" or "Rules") apply to the Program. By gaining access to, using this www.flyfrontier.com or enrolling in FRONTIER Miles, you agree to bound by these Program Rules along with the Frontier Airlines Legal Terms, including, without limitation, the Website Terms and Conditions and Flight Terms and Conditions. FRONTIER Miles reserves the right to change or cancel these Program Rules, in whole or in part, at any time, in its sole discretion and without notice to you by posting updated text on this site. Please review these Rules periodically to ensure you are aware of any changes and are familiar with the most current version. For clarity, any such change to or cancellation of these Program Rules will apply to all FRONTIER Miles Members ("Members"), even those who enrolled before the Program made such a change or cancellation. FRONTIER Miles is also known as EarlyReturns ®.

Back To Top

## 2. MEMBERSHIP/PROGRAM REGISTRATION

    a.  *FRONTIER Miles* is a paperless, electronic customer loyalty program. Register online or Chat With Us now.

    b.  Membership in the Program is open to any individual person paying an adult fare, in any country that has not prohibited participation in frequent flyer programs. Other entities or parties, including but not limited to, corporations, animals, travel agencies, etc. are not eligible to enroll as members or earn miles or receive any benefits in connection with the Program.  **Per the Children's Online Privacy Protection Rule (COPPA), children ages 13 years or younger require parental consent to participate in the FRONTIER Miles program.  Further, parental permission may be revoked at any time requiring no new information be collected on that child without further parental consent.

    c.  Members may only have one *FRONTIER Miles* account. In cases where a single Member holds two accounts, one account will be closed and eligible Miles will be transferred to the remaining active account. Some bonus Miles are not eligible to transfer, including but not limited to enrollment bonuses (if such a bonus exists) or duplicate transactions. Members who create additional accounts to circumvent promotional terms and conditions may be subject to actions found in Section 15.f of these rules.

    d.  *FRONTIER Miles* accounts are non-transferable.

e.  Each Member must provide his or her first name, last name, gender, date of birth, address, telephone number and a valid and individual e-mail address in order to register and enroll in *FRONTIER Miles*. For login purposes, Members may not share an email address; each Member, including minors, must provide a unique email for login purposes. Requests for name changes may require supporting legal documentation (marriage, divorce decree or legal name change documentation). Member is responsible for reporting any changes to address, phone number, email address or legal name.

f.  While Frontier may issue monthly electronic statements for *FRONTIER Miles* accounts, each Member is responsible for remaining knowledgeable about their account information, including, but not limited to, accumulated Miles, redeemed Miles, scheduled expiration's and the Program Rules. Account information can be found on the Profile Page, by signing into *FRONTIER Miles*.

g.  By enrolling in *FRONTIER Miles*, Member expressly authorizes Frontier the use of any stored contact information for marketing and communication purposes.

Back To Top

## 3. ACCRUING/EARNING FRONTIER MILES

a.  Members may earn Miles only in the following ways: (1) purchasing and completing a Frontier flight; (2) programs with *FRONTIER Miles* partners as described below; (3) using the Frontier Airlines World Mastercard issued by Barclays Bank, Frontier Airlines Business Mastercard issued by Barclays Bank through special offers

    1.  **Purchasing flights**: All Members will earn one (1) mile per mile flown on Miles flights. Number of miles will be calculated using airport-to-airport air mileage distance as determined by Frontier.

        i.  Members flying without a change in flight number between origin and final destination will earn the actual miles computed between the origin and destination city without including the stop over.

        ii.  On trips between origin city and final destination that include a connection requiring a change in aircraft with a new flight number, mileage will be computed based on each flight segment. A segment is a flight between two airports using one flight number, regardless of the number of intermediate stops or changes of planes.

        iii.  If, for any reason, miles have not been credited to a new or existing Member's account, the Member may claim the retroactive Miles credit up to 180 days after the flight or service was completed. (More information available in section 3e.)

    2.  **Programs with other with *FRONTIER Miles* Partners:** Members must provide their *FRONTIER Miles* number to the Partner at the time of Rental or Reservation. For past date credit, you must contact the Partner directly.
Although *FRONTIER Miles* allows retroactive credit up to 180 days, Members must agree to the individual Partner's terms and conditions for retroactive accruals. Regardless of partners terms and conditions retroactive accruals can never exceed 180 days.

3. **Frontier Airlines World Mastercard and Business Mastercard from Barclays:** Miles for purchases accrue in several ways based on card type. Please see your Barclays cardholder agreement for earning Terms and Conditions. Terms and conditions are subject to change without notice.

b. **Special offers and/or programs with *FRONTIER Miles* partners:** Frontier may, in its sole discretion, periodically offer Members the opportunity to earn additional Miles through the purchase of other Frontier Airlines products. Products may include flight incentives or other Frontier ancillary products or services (e.g., carry-on bags, checked bags, advance seat assignments, etc.), bonus offers and/or offers in connection with *FRONTIER Miles* Partners), which may include other Frontier partners. These offers may be temporary in nature. Frontier reserves the right to modify or eliminate such offers at any time. These offers are void where prohibited by law. The number of Miles offered is subject to Frontier's sole discretion. All special offers involving Miles or the Program are subject to these Program Rules. In addition to these Program Rules, *FRONTIER Miles* partners may have special terms and conditions that provide additional rules for the earning, transferring, accumulating, and redeeming of miles. Miles partners are independent entities and are not agents, employees, or subcontractors of Frontier, and Frontier is not responsible for their acts or omissions (including, without limitation, their solicitation efforts) or any products or services supplied by them (including, without limitation, the nature or quality of their products or services).

c. Some delay may occur between eligible transactions and the posting of Miles to your *FRONTIER Miles* account.

d. To receive miles for eligible activities, the Member name and *FRONTIER Miles* account number provided in connection with the reservation or purchase must exactly match the Member name and *FRONTIER Miles* account number registered with Frontier. For example, and without in any way limiting the generality of the foregoing, for a flight purchase, the name associated with the *FRONTIER Miles* account number provided for that flight purchase must exactly match the name of the traveler. Any discrepancy may delay or void receipt of Miles.

e. To receive Miles for the purchase of Frontier Airlines flights, Members must provide their *FRONTIER Miles* Membership number either:

1. At the time of purchase through www.flyfrontier.com (In the event *FRONTIER Miles* account numbers cannot be attached at the time of purchase, Members may apply to receive Miles retroactively, as described below. Frontier reserves the right to make exceptions to this rule at its discretion);

2. At the time of purchase or before your flight through our Chat.

3. To the travel agency in which your reservation may have been booked;

4. At check-in; or

5. Retroactively, at www.flyfrontier.com, pursuant to the following:

    i. A Member may request retroactive accrual at www.flyfrontier.com by signing into their account and selecting the "Add Trip" button on their Profile Page or by contacting our *FRONTIER Miles* team. Chat With Us.

    ii. Any claim for un-credited Miles earned from flights operated by Frontier must be received by Frontier within six months (180 days) after the Miles were earned from a qualifying Miles flight. You are responsible for ensuring that Miles earned are properly credited to your *FRONTIER*

*Miles* account. If you believe that Miles have been earned but not properly credited, you may be required to submit documentation or other proof satisfactory to Program, which may include, without limitation, copies of boarding passes and receipts.

      iii.     Miles may take 48-72 hours to credit to your account.

f.  Miles will not be awarded on unused, cancelled, forfeited, refunded or fraudulent travel bookings or purchases or activities, as determined by Frontier in its sole discretion.

g.  Frontier reserves the right to offer incentive bonuses to Members who book travel online through www.flyfrontier.com.

h.  The activities and/or transactions eligible for earning miles, and/or the number of miles available to be accrued, are subject to change by Frontier, at any time, without notice or liability.

Back To Top

## 4. REDEMPTION OF *FRONTIER MILES* FOR FRONTIER AIRLINES AWARD TRAVEL

a.  You may redeem *FRONTIER Miles* for the base fare of a Frontier operated and marketed flight ("Award Flight"). Frontier also may offer, in its sole discretion, opportunities to redeem Miles for other products or services. Miles may not be redeemed for any product or service except as expressly permitted by Frontier.

    1.  Reservations for Award tickets on Frontier Airlines may only be made directly with Frontier, either at www.flyfrontier.com or by Chat With Us now. Please note, there is no booking charge at www.flyfrontier.com, but a Reservation Service charge will apply to all Award tickets booked via our Reservations Center.

    2.  Award tickets may be booked approximately eight (8) months in advance or as the flight schedule permits.

    3.  Award Flights are subject to taxes and fees, with start at $5.60.

    4.  Upon confirming an award travel booking, the appropriate Miles will automatically be deducted from the Member's account and/or Family Pool.

    5.  Any changes to award tickets must be made by Frontier. Chat With Us now.

    6.  Award tickets may only be issued by Frontier. Program Partners and/or travel agents may not issue Award tickets.

    7.  Award tickets are only issued for published routings, and destinations offered by Frontier. However, not all routes may be available for Award tickets.

    8.  All Award tickets must have confirmed reservations on all legs/segments; no open tickets are issued.

    9.  All Award tickets are subject to availability. Seats may not be available for Award tickets on all flights on all days. Seat availability depends on the flight, the date of travel, the expected demand, season, destination, and other factors.

    10.  Where applicable and permitted by law, any taxes, fees, and governmental or airline surcharges (such as fuel) remain the responsibility of the Member and must be paid with a credit card at the time of reservation.

    11.  Award tickets will be issued in the form of an e-ticket.

      12. Stopovers (overnight stays at connecting cities) are not permitted for Award travel.

      13. Award tickets do not include advance seat assignments, carry-on baggage, checked baggage or other ancillary products unless otherwise stated.

      14. Award redemption fees paid at the time of reservation are non-refundable

b.  Flights purchased with a monetary payment may not be exchanged or refunded for payment with Miles, in whole or in part.

c.  Frontier reserves the right to revise, amend, modify or discontinue the products or services for which Members may use Miles (in whole or in part) and/or the number of Miles required to redeem any product or service (including but not limited to Award tickets) in connection with the Program.

d.  Frontier's Flight Terms and Conditions (including but not limited to change/cancellation policies and fees) apply to Award Flights, respectively. In the event a Member cancels Award travel, miles will be re-deposited to the original Member's Account (redeposit fees may apply). Miles used to purchase the Award Flight will be automatically forfeited if a Member does not cancel prior to scheduled departure.

e.  Air travel on Frontier (including Award Flights) is governed by Frontier's Contract of Carriage, a copy of which is available at www.flyfrontier.com, at all Frontier Airlines locations. Please review the Ticket Terms and Conditions and Contract of Carriage for travel requirements and restrictions, liability and baggage limitations, and requirements for the travel of minor children. Visit our baggage information page for additional requirements and restrictions. Frontier's Customer Service Plan and Contingency Plan for Lengthy Tarmac Delays also apply to flights operated by Frontier. For clarity, these provisions only apply to the extent applicable for flights operated by Frontier.

f.  For domestic and international travel, customers must present government-issued photo identification. For international travel, please contact the relevant embassy or consulate for details on travel documentation requirements. It is your responsibility to verify your flight information and follow Frontier's recommended check-in times listed on the airport information page. Failure to do so may result in the loss of your seat to another customer and/or denied boarding.

Back To Top

## 5. MILES EXPIRATION

a.  Mileage in a Member's account does not expire so long as the Member generates accrual activity every twelve months; this includes any purchase activity on the Frontier Airlines World Mastercard. Unredeemed mileage accumulated in your account will expire at the end of the twelve-month period after your last accrual activity date. Other account activity, such as redeeming or other miscellaneous adjustments, will not extend your expiration date.

b.  Although not required, Frontier may send notifications to remind Members of upcoming expirations. To receive these notifications, Members must be "opted in" to Frontier's email correspondence.

c.  Expired miles will not be reversed as a result of not receiving such notification. (Please see Member Responsibilities section 13b)

Back To Top

## 6. EARNING EXCLUSIONS

a. The following fare, payment, and/or passenger categories are excluded from earning Miles in the Program.
   1. Award tickets or free tickets of any kind.
   2. Tickets issued under trade and barter agreements with Frontier.
   3. Refunded, forfeited and unused tickets.
   4. Voluntary flight changes in lieu of non-stop and/or direct flights for the accumulation of additional mileage is not permitted.
   5. Free car rentals, hotel stays, or any other free service provided by a Program partner.
   6. Any Person traveling on airline passes and/or industry or agency discount tickets, including, but not limited to airlines staff and travel agent tickets.
   7. Tickets purchased for additional seats to carry excess baggage (i.e.; fragile items, musical instruments, medical or other equipment, etc.), pets, or to provide extra space for the passenger.
   8. Tickets purchased using a GoWild! Pass.

Back To Top

## 7. TERMINATION OF MEMBERSHIP

a. Participation in the *FRONTIER Miles* program is voluntary. Members may choose to close their account at any time.
b. Membership in the Program may be terminated if the member
   1. Fails to comply with these Program Rules.
   2. Misrepresents any material information (e.g. flight information).
   3. Acts in an untoward manner, displays harassing behavior or any refuses to follow an Frontier representative's instructions.
c. In the event of termination of Membership, any accrued miles will be forfeited.

Back To Top

## 8. ADDITIONAL TERMS APPLICABLE TO HOLDERS OF FRONTIER AIRLINES MASTERCARD BY BARCLAYS BANK

a. The Frontier Airlines World Mastercard and Frontier Airlines Business card are issued by Barclays Bank Delaware and are subject to the terms and conditions of the Cardholder Agreement between the cardholder and Barclays Bank Delaware. See the Cardholder Agreement for the terms and conditions that apply in connection with the accrual of Miles and the transfer of Miles to your *FRONTIER Miles* account.
b. All cardholders will be required to agree to the applicable terms and conditions of the *FRONTIER Miles* program before any Miles can be redeemed.

Back To Top

**9. ELITE STATUS**

a. **Redeemable Miles – Definition**
   1. Redeemable Miles are all Miles accrued in an account either by flying with Frontier, using your Frontier Airlines World Mastercard, earning miles with a Frontier travel partner or Miles purchased using our mileage partner Points.com. Redeemable Miles may also include incentive or bonus miles either with Frontier Airlines or one of its published partners. Not all Redeemable Miles are considered qualifying miles.

b. **Qualifying Miles – Definition**
   1. Qualifying Miles are any Redeemable Miles that are accumulated by flying Frontier or with your Frontier Airlines World Mastercard. Qualifying Miles do not include any promotional miles, adjustments, miles earned with other travel partners, purchased Miles from Points.com or mileage bonuses issued based on current status, unless explicitly stated. For information on accumulation rates on your Frontier Airlines World Mastercard account, please see your cardholder agreement provided with your credit card.

c. ***Elite 20k, Elite 50k* and *Elite 100k***
   1. *Elite 20k* is earned by accumulating 20,000 qualifying miles or 25 flight segments annually from January 1st through December 31st of the same year and includes the following benefits:
      i. Priority Boarding or Express TSA at participating airports.
      ii. Waived Award ticket fees.
      iii. Option for Family Pooling.
      iv. Advance Seat Assignment for the Member only.
      v. Carry-on bag for the Member only.
      vi. Last seat available Award ticket option. Can be applied to any traveler using an Elite Member's Miles.
      vii. Stretch Seats upon check-in, for the Member only.
   2. *Elite 50k* is earned by accumulating 50,000 qualifying miles or 50 qualifying flight segments annually from January 1st through December 31st of the same year and includes the following benefits:
      i. Priority Boarding or Express TSA at participating airports.
      ii. Waived Award ticket fees.
      iii. Option for Family Pooling.
      iv. Advance Seat Assignment, including Stretch Seating at booking, for the Member and up to eight (8) other Members traveling on the same reservation with the same confirmation number.
      v. Carry-on bag for the Member only.
      vi. Last seat available Award ticket option. Can be applied to any traveler using an Elite Member's miles.
      vii. Receive a 50% discount on DISCOUNT DEN® Membership – If already a Member of the DISCOUNT DEN®, membership will be reduced upon renewal so long as the Member remains an Elite 50K member.

       viii.    Receive a 25% redeemable mileage bonus on all eligible Frontier flights. Mileage bonus does not apply toward annual Elite qualifying miles.

3. *Elite 100k* is earned by accumulating 100,000 qualifying miles or 100 qualifying flight segments annually from January 1st through December 31st of the same year and includes the following benefits:

       i.    Priority Boarding or Express TSA at participating airports.

       ii.    Waived Award ticket fees.

       iii.    Option for Family Pooling.

       iv.    Advance Seat Assignment, including Stretch Seating at booking, for the Member and up to eight (8) other Members traveling on the same reservation with the same confirmation number.

       v.    Carry-on baggage for the Member and up to eight (8) other Members traveling on the same reservation with the same confirmation number.

       vi.    One (1) checked baggage item for the Member and up to eight (8) other Members traveling on the same reservation with the same confirmation number.

       vii.    Last seat available Award ticket option. Can be applied to any traveler using an Elite Member's miles.

       viii.    Free DISCOUNT DEN® Membership – If already a Member of the DISCOUNT DEN®, membership will be reduced upon renewal so long as the Member remains an *Elite 100k* member.

       ix.    Receive a 50% redeemable mileage bonus on all eligible Frontier flights. Mileage bonus does not apply toward annual Elite qualifying miles.

Back To Top

## 10. *FRONTIER MILES* – FAMILY POOLING

A FAMILY ACCOUNT POOL CAN CONSIST OF ONE (1) PRIMARY ACCOUNT HOLDER AND UP TO EIGHT (8) POOL CONTRIBUTORS. THE PRIMARY ACCOUNT HOLDER (THE PERSON WHO STARTS THE ACCOUNT POOL) MUST BE A FRONTIER AIRLINES WORLD MASTERCARD HOLDER OR ANY ELITE TIER STATUS, AND WILL CONTROL THE POOL. THE PRIMARY ACCOUNT HOLDER CAN REDEEM MILES FROM THE FAMILY POOLING ACCOUNT WITHOUT THE PERMISSION OF THE POOL CONTRIBUTORS. THE PRIMARY ACCOUNT HOLDER MAY REMOVE ANY PERSON FROM THE FAMILY POOLING ACCOUNT AT ANY TIME. POOL CONTRIBUTORS CAN BE ANY MILES CONTRIBUTOR.

a. Frontier Airlines assumes no responsibility for any decisions made by the Primary Account holder.

b. Upon accepting an invitation to join a Family Pool, all miles in your *FRONTIER* account become available for use by the Primary Account holder.

c. Any *FRONTIER* redemption's made against mileage balances after accepting the Family Pool invitation will be subject to the applicable redemption terms and conditions.

d. Family Pooling contributors can cancel their participation in Family Pooling at any time.

e. Upon cancellation of a Family Pool, unused Miles balances will go back to the individual *FRONTIER* account holder who earned such Miles.

f. All mileage redemption balances are redeemed on a first in/first out basis from all combined pooled accounts, which may affect your balance if you choose to leave an Family Pool.

g. Upon choosing to leave a Family Pool, your account will enter a 90 day "cooling off" period in which your account may not enter any previous pools or join or create additional pools.

h. Although a Family Pool allows for combined balances for redeeming, expiration dates are calculated based on a single contributor's accrual history with the exception of contributors under the age of 18 will be granted an expiration based upon the Primary Account holders expiration date.

i. If at any time an individual contributor does not have accrual activity within the 180 day expiration policy, that contributor's Miles will expire and no longer be available for redemption by the pool or individually.

Back To Top

## 11. DISCOUNT DEN® MEMBERSHIP

Membership in the Frontier Discount Den® Discount Fare Club ("DISCOUNT DEN®") is conditioned on acceptance by you of the terms and conditions contained in these Rules. By purchasing a membership to DISCOUNT DEN®or using or continuing to use the benefits of DISCOUNT DEN®, the Member is deemed to have agreed to all such terms and conditions of the Agreement. Annual membership costs $59.99 for one full year of savings. New members pay $99.99 their first year, $59.99 + $40 enrollment fee (this includes returning members who have previously cancelled their membership).The Initial Membership Price for Membership in DISCOUNT DEN® is $59.99.

a. **DISCOUNT DEN® Eligibility**

1. You must be 18 years or older to enroll in the DISCOUNT DEN®. All DISCOUNT DEN® Members must be a Member of the *FRONTIER Miles* frequent flier program. If you are not already a member of *FRONTIER Miles* when enrolling in DISCOUNT DEN®, you will automatically be enrolled in *FRONTIER Miles*.

2. You must provide and maintain accurate and true personal information when applying for a DISCOUNT DEN® Membership or using any DISCOUNT DEN® benefits. Failure to do so may invalidate membership in DISCOUNT DEN® and any subsequent fare purchase, at Frontier's sole discretion. It is your responsibility to update personal information via the Site within your *FRONTIER Miles* Account Profile through the Account Profile page.

3. To access your Account Profile, go to the Site home page, click on the "account sign in" link, and log in to your account. Then click on your name on the upper right hand of the page, and click on "My Profile."

4. You may cancel your Membership in DISCOUNT DEN® at any time by selecting the unsubscribe option within your *FRONTIER Miles* account profile on the Site. Go to flyfrontier.com, click on the "account sign in" link, and log in to your account. Then click on your name on the upper right hand of the page, and click on "My Profile." Your DISCOUNT DEN® status and ability to cancel are on this page.

5. Membership in DISCOUNT DEN® is non-transferable. Only you may use the benefits of Membership in DISCOUNT DEN®. Promptly notify Frontier upon becoming aware of any unauthorized use of DISCOUNT DEN®Membership.

b. **DISCOUNT DEN® Membership**

1. You will have access to book special fares on Frontier that are not available to non-DISCOUNT DEN® Members. Membership in DISCOUNT DEN® does not guarantee availability of special fares.

2. All promotions, fares, and any other special offers, whether through Frontier or any of its partners/affiliates, are subject to the terms and conditions specifically pertaining to that offer.

3. You must always be the customer purchasing a special fare and you must be one of the passengers traveling on the special fare.

4. You may not purchase tickets for resale.

5. Changes to your ticketed itinerary will be processed subject to the Terms and Conditions of that itinerary, including, without limitation, with the current change fee(s) in effect plus any difference in airfare for the alternate requested date(s) or flight(s).

c. **Payment – Initial DISCOUNT DEN® membership**

1. Upon Membership, you will be charged the Initial Membership Price, the value of which is listed above.

2. Charges of the Initial Membership Price are non-refundable.

3. The credit card you use for your Initial Membership Price will be stored as the default credit card in the "Wallet" section of your Account Profile.

d. **DISCOUNT DEN® Membership Term, Renewal and Renewal Charges**

1. Frontier reserves the right to cancel, extend, or suspend Membership at its sole discretion for any reason.

2. **MEMBERSHIP WILL AUTOMATICALLY RENEW FOR SUCCESSIVE ONE-YEAR TERMS UNLESS YOU CANCEL THE MEMBERSHIP BY UNSUBSCRIBING WITHIN YOUR FRONTIER MILES ACCOUNT PROFILE ON THE SITE BEFORE MIDNIGHT MOUNTAIN TIME ON THE FINAL DAY OF THE END OF THE CURRENT TERM.**

3. Recurring DISCOUNT DEN® Membership is effective for a period of one year following the renewal date in each succeeding year. Charges of the Renewal Price are non-refundable.

4. The Renewal Price will be assessed to the credit card on file as the default credit card in the "Wallet" section of your Account Profile. If the credit card on file as the default credit card does not process successfully, Frontier may assess the Renewal Price to any other credit card stored in

the "Wallet" section of your Account Profile. Frontier may, without prior notice, update your credit card information via automatic account or billing updater programs offered by authorized third parties. Updated credit card information may include cancellation, changes to credit card numbers, or expiration. Frontier has no obligation to update your credit card information. Credit cards issued by certain banks may not be eligible for updating; you may determine your eligibility by contacting your credit card issuer. The only way to withdraw your consent to the use of a credit card updating service is by cancelling your Membership in the DISCOUNT DEN® program as described above, which will also cause you to lose your DISCOUNT DEN® benefits.

5. If Frontier is not able to complete a charge of the Renewal Price, you will lose Membership benefits and you must enroll again,

6. The Renewal Price is subject to change by Frontier at any time without notice. Any increase in the Renewal Fee will take effect upon the following year's renewal.

e. **Miscellaneous**

1. Frontier may modify the terms and conditions of the DISCOUNT DEN® at any time without notice.

2. By agreeing to these terms and conditions, you are agreeing to receive DISCOUNT DEN® emails sent from Frontier. If you cancel your Membership in DISCOUNT DEN®, this may stop all DISCOUNT DEN® emails from being sent to you. Following the instructions included on any email to unsubscribe from that email is the only way to unsubscribe from emails.

Back To Top

## 12. GoWild! Pass™

Enrollment in the Frontier GoWild! Pass™ Club ("GoWild! Pass") is conditioned on acceptance by you of the terms and conditions contained in these Rules. By purchasing the GoWild! Pass or using or continuing to use the benefits of GoWild! Pass, the holder is deemed to have agreed to all such terms and conditions.

a. **GoWild! Pass™ Eligibility**

1. The purchaser must be 18 years or older and a resident of the United States to enroll themselves or another individual in the GoWild! Pass™. The GoWild! Pass holder must be a resident of the United States and a Member of the FRONTIER Miles frequent flier program. If the pass holder is not already a member of FRONTIER Miles when enrolling in GoWild! Pass, the pass holder will automatically be enrolled in FRONTIER Miles.

2. The purchaser and the pass holder must provide and maintain accurate and true personal information when applying for a GoWild! Pass™ or using any GoWild! Pass benefits. Failure to do so may invalidate the GoWild!

Pass and any subsequent fare purchase, at Frontier's sole discretion. It is the pass holder's responsibility to update personal information within the FRONTIER Miles Account Profile through the Account Profile page https://www.flyfrontier.com/myfrontier/.

3. To access the Account Profile page, go to the https://www.flyfrontier.com/ home page, click on the "account sign in" link, and log in to the account. Then click on the name on the upper right-hand of the page and click on "My Profile."

4. The GoWild! Pass™ may be canceled at any time by selecting the cancel option within the FRONTIER Miles account profile on the Site. Go to flyfrontier.com, click on the "account sign in" link, and log in to the account. Then click on the name on the upper right hand of the page and click on "My Profile." GoWild! Pass™ status and ability to cancel are on this page.

5. The GoWild! Pass™ is non-transferable. Only the pass holder may use the benefits of the GoWild! Pass™. Promptly notify Frontier upon becoming aware of any unauthorized use of the GoWild! Pass™.

b. **GoWild! Pass™ Usage**

1. The GoWild! Pass gives the pass holder the ability to book a ticket at an airfare of $0.01 on select flights operated by Frontier Airlines. The GoWild! Pass does not guarantee the availability of air transportation services.

2. The ability to make GoWild! Pass bookings is based on flight and seat availability; not all Frontier flights will be available for booking through the GoWild! Pass. Last seat availability is not guaranteed.

3. All taxes, fees, and charges remain the responsibility of the GoWild! Pass holder and must be paid at the time of booking.

4. GoWild! Pass tickets do not include advance seat assignments, carry-on baggage, checked baggage or other ancillary products unless otherwise stated. Ancillary products can be purchased separately.

5. GoWild! Pass™ tickets become available for booking the day before flight departure for domestic travel and ten (10) days before flight departure for international travel. Bookings can be made at FlyFrontier.com or via other channels as may be specified by Frontier. Frontier may offer extended promotional booking periods to passholders at its sole discretion. GoWild! Pass may be booked earlier than the standard availability as part of Frontier promotions or for an additional fee.

6. GoWild! Pass flights are subject to blackout periods. Blackout dates are posted at https://www.flyfrontier.com/deals/gowild-pass

7. The GoWild! Pass holder is the only person allowed to book and to travel using the GoWild! Pass. Pass holders may not purchase tickets for resale or to artificially consume seat inventory.

8. Pass holders should only book flights that they intend to board. Pass holders may not book flights that overlap each other, that are duplicate itineraries, or that are impossible to fly.

9.  GoWild! Pass is not compatible with other Frontier sales and promotions unless specifically advertised.

10. No Shows are subject to the terms set forth in Frontier's Contract of Carriage. GoWild! Pass holders who repeatedly book and no-show flights, or who otherwise violate the terms and conditions contained in these Rules, are subject to financial penalties up to and including the revocation of pass privileges without refund.

11. Tickets booked using a GoWild! Pass are not eligible to earn redeemable Frontier Miles and will not count as Elite status qualifying activity.

12. Changes and/or cancellations to itineraries booked using a GoWild! pass will be processed subject to the terms and conditions of that itinerary, including, without limitation, the then current change and/or cancel fee(s) in effect plus any difference in airfare for the alternate requested date(s) or flight(s); any changes must be to dates(s) or flight(s) that are within 24 hours of the booking change.

13. All promotions, fares, and any other special offers, whether through Frontier or any of its partners/affiliates, are subject to the terms and conditions

14. Air travel on Frontier (including GoWild! Pass travel) is governed by Frontier's Contract of Carriage, a copy of which is available at www.flyfrontier.com, and at all Frontier Airlines locations. Please review the Ticket Terms and Conditions and Contract of Carriage for travel requirements and restrictions, liability and baggage limitations, and requirements for the travel of minor children. Visit our baggage information page for additional requirements and restrictions. Frontier's Customer Service Plan and Contingency Plan for Lengthy Tarmac Delays also apply to flights operated by Frontier. For clarity, these provisions only apply to the extent applicable for flights operated by Frontier.

15. Passholders are responsible for complying with all international travel and immigration requirements including, but not limited to, providing evidence of confirmed return or onward travel where applicable.

16. Children under the age of 15 years old must travel accompanied by a passenger who is at least 15 years old. A birth certificate, official school ID, or other form of ID may be requested for age verification purposes if the child's age appears questionable. Passengers under age 18 traveling without both parents may need additional documentation to travel across international borders, depending on the country's requirements.

c.  **Payment – Initial GoWild! Pass™ Sign Up**

1.  Upon enrollment, the purchaser will be charged the initial enrollment price. The initial enrollment price is non-refundable. The purchaser assumes all obligations of the pass holder's participation in the GoWild! Pass.

2.  The credit card used for the initial enrollment price will be stored as the default credit card in the "Wallet" section of the pass holder's Account Profile.

    3. If the payment is charged back, re-enrollment in the GoWild! Pass requires repayment of previously charged back fees.

  d. **GoWild! Pass™ Enrollment Term, Renewal and Renewal Charges**

    1. Frontier reserves the right to cancel, extend, or suspend enrollment at its sole discretion for any reason.

    2. **ENROLLMENT WILL AUTOMATICALLY RENEW FOR SUCCESSIVE TERMS, AS SET FORTH ABOVE, UNLESS THE GOWILD! PASS IS CANCELLED WITHIN THE PASS HOLDER'S FRONTIER MILES ACCOUNT PROFILE ON THE SITE BEFORE MIDNIGHT MOUNTAIN TIME ON THE FINAL DAY OF THE END OF THE CURRENT TERM FOR YOUR GOWILD! PASS.**

    3. The Renewal Price will be assessed to the credit card on file as the default credit card in the "Wallet" section of the pass holder's Account Profile. If the credit card on file as the default credit card does not process successfully, Frontier may assess the Renewal Price to any other credit card stored in the "Wallet" section of the pass holder's Account Profile. Frontier may, without prior notice, update credit card information via automatic account or billing updater programs offered by authorized third parties. Updated credit card information may include cancellation, changes to credit card numbers, or expiration. Frontier has no obligation to update credit card information. Credit cards issued by certain banks may not be eligible for updating; eligibility may be determined by contacting the credit card issuer. The only way to withdraw consent to the use of a credit card updating service is by cancelling enrollment in the GoWild! Pass program as described above, which will also cause the pass holder to lose GoWild! Pass benefits.

    4. If Frontier is not able to complete a charge of the Renewal Price, the pass holder will lose GoWild! Pass benefits and must enroll again.

    5. The Renewal Price is subject to change by Frontier at any time with appropriate notice.

  e. **Miscellaneous**

    1. Other than the Renewal Price, Frontier may modify the terms and conditions of the GoWild! Pass™ at any time without notice.

    2. By agreeing to these terms and conditions, the pass holder, or for pass holders under the age of 13, their parent or legal guardian, is agreeing to receive GoWild! Pass emails sent from Frontier. Cancelling the GoWild! Pass, may stop all GoWild! Pass emails from being sent. To ensure the pass holder is unsubscribed from future emails, follow the unsubscribe instructions included on any subsequent email received.

Back To Top

## 13. GoWild! Annual Pass™

In addition to the GoWild! Pass Terms and Conditions, the following applies to the GoWild! Annual Pass

    a. GoWild! Annual Pass Usage
1. The retail and renewal price for GoWild! Annual Pass™ is $1,999. Discounts to this price may be offered at any time at Frontier's discretion.
2. The GoWild! Annual Pass gives the pass holder the ability to book a ticket at an airfare of $0.01 on select flights operated by Frontier Airlines during ta one-year period, beginning on May 2, 2023, through May 1, 2024. The GoWild! Annual Pass does not guarantee the availability of air transportation services.

    b. GoWild! Annual Pass Enrollment Term, Renewal and Renewal Charges
1. The purchaser will be enrolled on the initial purchase date and enrollment is valid for the travel dates set forth above.
2. **ENROLLMENT WILL AUTOMATICALLY RENEW FOR SUCCESSIVE ONE-YEAR TERMS UNLESS YOU CANCEL THE GoWild! Pass™ BY CANCELLING WITHIN YOUR FRONTIER MILES ACCOUNT PROFILE ON THE SITE BEFORE MIDNIGHT MOUNTAIN TIME ON THE FINAL DAY OF THE END OF THE CURRENT TERM.**
3. Recurring GoWild! Pass enrollment is effective for a period of one year following the renewal date in each succeeding year.

Back To Top

## 14. GoWild! Summer Pass™

In addition to the GoWild! Pass Terms and Conditions, the following applies to the GoWild! Summer Pass

    a. GoWild! Summer Pass Usage
1. The retail value and renewal price for GoWild! Summer Pass is $999. Discounts to this price may be offered at any time at Frontier's discretion.
2. The GoWild! Summer Pass gives the pass holder the ability to book a ticket at an airfare of $0.01 on select flights operated by Frontier Airlines during the summer season; the 2023 season is from 01 May through 30 September 2023, and the 2024 season is from 01 May through 30 September 2024.

    b. GoWild! Summer Pass Enrollment Term, Renewal and Renewal Charges
1. The purchaser will be enrolled on the initial purchase date and enrollment is valid through the season's travel dates.
2. **ENROLLMENT WILL AUTOMATICALLY RENEW FOR THE SUMMER PASS PERIODS, AT THE THEN EFFECTIVE RETAIL PRICE (THE "RENEWAL PRICE") UNLESS THE GOWILD! PASS IS CANCELLED WITHIN THE PASS HOLDER'S FRONTIER MILES ACCOUNT PROFILE ON THE SITE BEFORE MIDNIGHT MOUNTAIN TIME ON THE FINAL DAY OF ELIGIBLE TRAVEL FOR THE SUMMER PASS (SEPTEMBER 30,**

**2023 FOR THE 2023 PASS AND SEPTEMBER 30, 2024 FOR THE 2024 PASS).**

Back To Top

**15. GoWild! Fall & Winter Pass™**

In addition to the GoWild! Pass Terms and Conditions; the following applies to the GoWild! Fall & Winter Pass.

   a.  GoWild! Fall & Winter Pass Usage
       1.  The retail and renewal price for GoWild! Fall & Winter Pass™ is $999. Discounts to this price may be offered at any time at Frontier's discretion.
       2.  The GoWild! Fall & Winter Pass gives the pass holder the ability to book a ticket at an airfare of $0.01 on select flights operated by Frontier Airlines during the specified Fall & Winter season; the 2023 Fall & Winter season is from 02 September 2023, through 29 February 2024. The GoWild! Fall & Winter Pass does not guarantee the availability of air transportation services.
   b.  GoWild! Fall & Winter Pass Enrollment Term, Renewal and Renewal Charges
       1.  The purchaser will be enrolled on the initial purchase date and enrollment is valid through the season's travel dates.
       2.  **ENROLLMENT WILL AUTOMATICALLY RENEW FOR THE FALL & WINTER PASS PERIOD, AT THE THEN EFFECTIVE RETAIL PRICE (THE "RENEWAL PRICE") UNLESS THE GOWILD! PASS IS CANCELLED WITHIN THE PASS HOLDER'S FRONTIER MILES ACCOUNT PROFILE ON THE SITE BEFORE MIDNIGHT MOUNTAIN TIME ON THE FINAL DAY OF ELIGIBLE TRAVEL FOR THE FALL & WINTER PASS (February 29, 2024).**

Back To Top

**16. GoWild! Monthly Pass™**

In addition to the GoWild! Pass Terms and Conditions; the following applies to the GoWild! Monthly Pass.

   a.  GoWild! Monthly Pass™ Enrollment Term and Charges
       1.  The GoWild! Monthly Pass™ is a rolling 30-day program.
       2.  The retail prices for GoWild! Monthly Pass™ are as follows. Adjustments to these prices may be offered at any time at Frontier's sole discretion:
           ▪ Enrollment Fee: $99
           ▪ First Month's Fee: $149

- Standard Monthly Fee: $149

3. The Enrollment Fee and First Month's Fee will be collected upon Enrollment. The Standard Monthly Fee will be collected at the start of each successive 30-day period. Frontier, at its sole discretion, may offer the option to pre-purchase multiple consecutive 30-day periods of pass validity at the time of enrollment and/or renewal, in which case the Standard Monthly Fee for any pre-purchased periods will be collect at the time of pre-purchase.

4. The purchaser will have a 30-day enrollment fee grace period if they cancel and decide to reenroll within 30 days of cancellation.

5. **ENROLLMENT WILL AUTOMATICALLY RENEW FOR THE SUCCESSIVE MONTHLY PERIOD AT THE THEN EFFECTIVE RETAIL PRICE (THE "RENEWAL PRICE") UNLESS THE GOWILD! MONTHLY PASS IS CANCELLED WITHIN THE PASS HOLDER'S FRONTIER MILES ACCOUNT PROFILE ON THE SITE BEFORE MIDNIGHT MOUNTAIN TIME ON THE FINAL DAY OF ELIGIBLE TRAVEL FOR THE MONTHLY PASS.**

b. GoWild! Monthly Pass™ Usage

1. The GoWild! Monthly Pass gives the pass holder the ability to book a ticket at an airfare of $0.01 on select flights operated by Frontier Airlines during the 30-day rolling period. The GoWild! Monthly Pass does not guarantee the availability of air transportation services.

Back To Top

## 17. CHANGES TO PROGRAM RULES, FRONTIER MILES, FRONTIER ELITE STATUS LEVELS AND AWARD TRAVEL LEVELS

a. Frontier may, among other things, in its sole discretion, for any reason, and without notice or liability to the *FRONTIER Miles* Member (except where otherwise stated):

1. Withdraw, limit, modify, or cancel miles or Award Travel;

2. Suspend or cancel any Member's *FRONTIER Miles* account (and/or seize any miles associated with such account and/or suspend or cancel any *FRONTIER Miles* Elite status) and/or DISCOUNT DEN® Membership if that Member has violated these Program Rules, in Frontier's sole discretion;

3. Change, modify, delete (in whole or in part), supplement and/or cancel any Program Rules, regulations, benefits, or policies in connection with the Program, including but not limited to, *FRONTIER Miles* balances, redemption requirements, qualifications for *FRONTIER Miles* Elite Status, participant affiliations, conditions of participation, rules for earning, redeeming, retaining or forfeiting Miles, rules for the use of miles, awards or benefits in connection with the Program, Miles expiration rules, etc.;

4. Introduce, add, change, modify, delete (in whole or in part), or supplement Award Travel restrictions, including but not limited to blackout dates,

capacity controls, and limitations on the number of seats available for Award Travel, and/or otherwise restrict the continued availability of miles or Award Travel or special offers; or

5. Terminate the Program with six months' notice; any such notice would appear on www.flyfrontier.com. Frontier may make any one or more of these changes even though such changes may affect the Member's ability to use Miles that the Member has already accumulated.

Back To Top

## 18. RESPONSIBILITY AND LIMITATION OF LIABILITY

a. Frontier accepts no liability for any losses or claims arising from any inability to access www.flyfrontier.com or any web page located on such Site, or any failure to complete a transaction.

b. Frontier will not be responsible for lost, misdirected, bounced or late delivery of information delivered via email.

c. Under no circumstances shall Frontier's liability exceed your current DISCOUNT DEN® Membership fee, where applicable.

d. Frontier shall not be held liable for, and you hereby waive any claims against Frontier for, any damages whatsoever (whether direct, indirect, special, punitive, exemplary, incidental, consequential or otherwise, whether stated in contract, tort, strict liability or otherwise, and even if you have been advised of the possibility of such damages) arising out of (a) your participation in the Program (including but not limited to the accrual or use of Miles or any travel or travel-related activities in connection with the Program); (b) the acts, omissions, products or services of any person or company rendering services or providing offers in connection with the Program; (c) any failure or delay arising out of use of this website, including, without limitation, error, omission, interruption, defect, delay in transmission, or computer virus; and/or (d) Frontier's acts or omissions in connection with the Program.

e. Without limiting the generality of the foregoing, if Frontier Airlines improperly denies a Member Miles, Award Travel, DISCOUNT DEN® pricing or some other`1 benefit, the Member's exclusive remedy shall be the issuance of the improperly denied miles, Award Travel or such other alternative benefit as determined by Frontier in its sole discretion, and Frontier shall have no additional liability whatsoever.

f. Frontier Airlines shall not be deemed to be in breach of these Rules or be liable to you or any other party for damages for any delay or default in performing hereunder if such delay or default is caused by conditions beyond its control including, but not limited to, weather conditions, acts of God, force majeure, strikes, civil commotions, embargoes, and wars or other hostilities, whether actual, threatened or reported, and/or any other cause beyond the reasonable control of Frontier Airlines.

Back To Top

## 19. DISCLAIMER OF WARRANTY

a. Frontier makes no warranty of any kind regarding the Program. The Program is provided "as is" and without any warranty of any kind, either express or implied. FRONTIER AIRLINES EXPRESSLY DISCLAIMS ALL WARRANTIES AND CONDITIONS, INCLUDING WITHOUT LIMITATION ANY EXPRESS OR IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE, MERCHANTABILITY, AND/OR THOSE ARISING BY STATUTE OR OTHERWISE IN LAW FROM DEALING OR USAGE OF TRADE.

Back To Top

## 20. MISCELLANEOUS PROVISIONS

a. Miles between Members may be transferred member-to-member at a fee by contacting our *FRONTIER Miles* team by Chatting With Us now.
b. Miles are non-transferable and may not be combined among *FRONTIER Miles* Members, their estates, successors and assigns except as follows: Miles may be pooled using Family Pooling (view Family Pooling Terms), Miles may be purchased and gifted at a cost by using our business partner Points.com (view Buy, Gift) Accrued Miles and Award Travel do not constitute property of Member and are non-transferable including:
   1. Mileage transfers as a result of domestic matters such as divorce or separation are subject to receipt of applicable documentation showing court decree of *FRONTIER Miles* ownership.
   2. Upon the death of a Member, without: (i) the death certificate of the Member or (ii) letter from the executor. In instances of multiple executors or heirs of Miles based on court documents, Miles are divided as directed by the court. In the event an heir does not have a *FRONTIER Miles* account, they may enroll or submit written permission to waive their rights to their Miles and those Miles will be divided among the remaining heirs.
c. Miles and Award Travel have no cash value and may not be redeemed for cash. Miles may not be re-deposited unless a Member properly cancels Award Travel in accordance with all applicable cancellation policies.
d. Except to the extent permitted through Frontier's business partner Points.com or as expressly authorized by Frontier, Miles or Award Travel may not be sold, bartered, or otherwise exchanged for value. Any Miles or Award Travel that are/is purchased, sold, bartered, or otherwise exchanged for value are/is void. Violators (including any Member who uses a purchased or bartered award) may be liable for damages and litigation costs, including the actual cost of travel and/or Frontier attorneys' fees incurred in enforcing this Rule.
e. Award Travel, accumulated Miles and special offers are subject to applicable government laws, rules and regulations and are void where prohibited by law.
f. Fraud, misrepresentation, abuse, improper conduct (as determined by Frontier in its sole discretion), or violation of applicable rules (including, but not limited to,

Frontier's Contract of Carriage, tariffs and Program Rules) may result in administrative and/or legal action by appropriate governmental authorities and/or Frontier. Such action may include, without limitation, the forfeiture of all Miles and/or Award Travel, forfeiture of any accumulated miles in a Member's Account, deduction of *FRONTIER Miles*, removal of a Member's elite status, as well as cancellation of the Account and proscription of the Member's future participation in *FRONTIER Miles*. In addition, Frontier reserves the right to take appropriate legal action to recover damages, including attorneys' fees, incurred in prosecuting any lawsuit. Any violation of such applicable Rules includes, but is not limited to, Members who are disruptive or otherwise threaten or endanger the safety and security of Frontier crew members or other Frontier customers as described in the Frontier Airlines Contract of Carriage and tariffs.

g.  Frontier reserves the right to audit, at any time and without notice to Members, any and all *FRONTIER Miles* accounts to ensure compliance with these Program Rules. If the audit reveals discrepancies or possible violations of these Program Rules or Frontier believes that such audit will reveal discrepancies or possible violations of these Program Rules, Frontier may delay or cancel the processing of Travel Award redemption requests, and/or cancel any outstanding Award Travel, delay the posting of accumulated Miles and/or withhold statements until the audit is completed.

h.  You are responsible for referencing your online *FRONTIER Miles* account information and these Program Rules to understand your rights, responsibilities, and status under the Program. Frontier will attempt to advise active members of various matters of interest through its website, but Frontier has no liability for any failure to do so.

i.  Frontier shall have no liability for correspondence, mail, or e-mail, that is lost, delayed, or misdirected. Members are responsible for maintaining a current email address.

j.  For questions about *FRONTIER Miles*, please visit www.flyfrontier.com or Chat With Us now. Customers with hearing or speech impairments can dial 7-1-1 to reach our relay service.

k.  Frontier assumes no responsibility for the actions of Miles partners in connection with any program that provides for the transfer or accumulation of Miles.

l.  The Rules are subject to interpretation by Frontier. Headings used in these Program Rules are for convenience purposes only and shall not be used in interpreting the Program Rules.

m.  Any disputes in connection with *FRONTIER Miles* or these Program Rules shall be governed by Colorado law, exclusive of Colorado choice of law rules, and the Member agrees to resolve any dispute in connection with *FRONTIER* Miles arising between Member and Frontier by submission to arbitration in Denver County, State of Colorado, in accordance with the rules of JAMS under its Streamlined Arbitration Rules & Procedures then in effect. Any case brought under these Program Rules may be pursued only in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

n.  Income tax liability on Travel Awards, if any, is the responsibility of the Member.