# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM, DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ, MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES HOLDING, INC., FRONTIER AIRLINES MANAGEMENT, INC., and INDIGO PARTNERS, LLC,

    Defendants.

---

### DECLARATION OF KENNETH KLINGLER IN SUPPORT OF INDIGO PARTNERS LLC'S MOTION TO DISMISS

---

I, Kenneth Klingler, being of lawful age and duly sworn according to law, upon his oath state the following:

1. My name is Kenneth Klingler. I am the Chief Financial Officer at Indigo Partners LLC, and am familiar with its corporate purpose and activities.

2. Indigo Partners LLC ("Indigo Partners") is a private equity firm focused on investments in the air transportation industry.

3. Indigo Partners is a Nevada limited liability company with its headquarters in Phoenix, Arizona.

4. Indigo is not an air carrier, does not operate flights, and does not advertise

or sell airline tickets or program passes to consumers.

5. Indigo Partners is not registered to do business in the State of Colorado.

6. Indigo Partners does not have any offices or employ any employees in the State of Colorado.

7. Indigo Partners does not maintain a registered agent for service of process in the State of Colorado.

8. Indigo Partners does not have any bank accounts in the State of Colorado.

9. Indigo Partners does not own real property in the State of Colorado.

10. Indigo Partners does not pay taxes to the State of Colorado.

11. Indigo Partners does not own any shares in Frontier Group Holdings, Inc., which wholly owns Frontier Airlines Holdings, Inc., a holding company that wholly owns Frontier Airlines, Inc.

12. Indigo Partners is not the parent company of Frontier Airlines, Inc., Frontier Group Holdings, Inc., Frontier Airlines Holdings, Inc., Frontier Airlines Management, Inc, or Frontier Group Holdings, Inc.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed:   January 8, 2024
            Phoenix, Arizona

s/ Kenneth Klingler

Kenneth Klingler