UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02093-KAS

Jeriyma Hartsfield, Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty McKinney, and Chris Kline, individually and on behalf of others similarly situated,

    Plaintiff,

v.

Frontier Airlines, Inc., Frontier Airlines Holding, Inc., Frontier Airlines Management, Inc., Indigo Partners, LLC,

    Defendants.

---

## ENTRY OF APPEARANCE

---

\To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty McKinney, Chris Kline.

DATED: January 22, 2024

                                              */s/ Paul J. Doolittle*
                                              Paul J. Doolittle, Esq.
                                              (Fed. SC. Bar No 6012)
                                              **POULIN | WILLEY**
                                              **ANASTOPOULO, LLC**

32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January 2024. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Paul Doolittle*
Paul Doolittle
