IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM,
DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ,
MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf
of others similarly situated,

Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES
HOLDING, INC., FRONTIER AIRLINES MANAGEMENT,
INC., and INDIGO PARTNERS, LLC,

Defendants.

## JOINT MOTION TO EXTEND DEADLINES FOR THE RESPONSES AND REPLIES TO FRONTIER AIRLINES, INC.'S MOTION TO DISMISS AND MOTION TO STAY DISCOVERY, AND TO EXTEND THE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES

Plaintiffs Jeriyma Hartsfield, Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty Mckinney, and Chris Kline (collectively "Plaintiffs"), and Defendant Frontier Airlines, Inc. ("Fronter Airlines"), by and through their respective undersigned counsel, hereby jointly move for an extension of certain deadlines, and state as follows:

1.  Plaintiff Jeriyma Hartsfield filed this putative class action on or about August 17, 2023, seeking a declaratory judgment, injunctive relief, and damages relating to the alleged sale and use of an "All-You-Can-Fly Pass" ("Pass") that Plaintiff purchased for travel on Frontier

Airlines. (ECF No. 1.) Plaintiff alleged that she was unable to book her travel with the Pass and was denied a refund. (*Id.*) She asserted ten causes of action. (*Id.*)

2. On September 6, 2023, the Court issued an order setting the Scheduling Conference for October 24, 2023 (ECF No. 9). On October 11, 2023, the Court granted Defendants' unopposed motion to continue the Scheduling Conference and associated deadlines, and reset the Scheduling Conference for December 13, 2023 (ECF No. 15.)

3. Given Plaintiffs' expressed intent to file an Amended Complaint, on November 9, 2023, the parties jointly requested, *inter alia*, a continuance of the Scheduling Conference and associated deadlines (ECF No. 19). On November 14, 2023, the Court granted this joint request, and reset the Scheduling Conference for February 26, 2024 (ECF No. 26). Due to a conflict on the Court's calendar, the Court thereafter reset the Scheduling Conference for March 5, 2024 (ECF No. 28).

4. On November 29, 2023, Plaintiffs filed an Amended Complaint, which maintained the same causes of action as the original Complaint and added seven additional Plaintiffs (ECF No. 27).

5. On January 9, 2024, Defendants Frontier Airlines, Frontier Airlines Holdings, Inc., and Frontier Airlines Management, Inc. filed a Motion to Compel Arbitration and Dismiss Class Action Complaint Pursuant to Rule 12(b)(5) and (6) (ECF No. 30).

6. In addition, on January 9, 2024, Defendants filed a Motion to Stay Discovery Pending Resolution of Their Pre-Answer Motions (ECF No. 32).

7. Currently, Plaintiffs' responses to Frontier Airlines' dispositive motion and motion to stay discovery (ECF Nos. 30 and 32, "Motions") are due on January 30, 2024. Frontier Airlines' replies are due fourteen days after service of Plaintiffs' responses.

8. Counsel for Plaintiffs and Defendants recently conferred regarding Plaintiffs' request for a twenty-one (21) day extension of time to respond to the Motions. During this conferral, the parties reached the following resolution: Frontier Airlines consents to Plaintiffs' requested extension of time, and in exchange, Plaintiffs (1) agree to Frontier Airlines' request for a seven (7) day extension of time to file its replies in support of its Motions, and (2) jointly request with Frontier Airlines that the Court adjourn the Scheduling Conference until after the parties have fully briefed the dispositive motions and motion to stay discovery. During this conferral, Plaintiffs also agreed to dismiss the non-airline Defendants, which are Frontier Airlines Holdings, Inc., Frontier Airlines Management, Inc., and Indigo Partners LLC. Contemporaneously, the parties will be filing a joint stipulation of dismissal of these non-airline Defendants.

9. Good cause exists for the requested extensions of time to file the responses and replies to the Motions. Given the number of issues set forth in the Motions and requested grounds for dismissal, Plaintiffs and Frontier Airlines are in need of additional time to prepare their respective responses and replies to the Motions.

10. As a result, Plaintiffs and Frontier Airlines jointly request that the Court approve the following extensions:

   a. Plaintiffs shall have an additional twenty-one (21) days, up to and including February 20, 2024, to file their Responses to Frontier Airlines' Motions (ECF Nos. 30 and 32).

   b. Frontier Airlines shall have an additional seven (7) days, up to and including March 12, 2024, to file its Replies in support of its Motions.

11. Given the requested extensions set forth above, Plaintiffs and Frontier Airlines also request to adjourn the Scheduling Conference, currently scheduled for March 5, 2024, until after

the parties have fully briefed the Motions. Plaintiffs and Frontier Airlines believe the Court will be in a better position to evaluate the need and the timing for a Scheduling Conference (and proposed Scheduling Order) following completion of the briefing on the Motions. As a result, good cause exists for the request to extend the Scheduling Conference.

12. The requested extensions are sought in order that justice may be done, and to conserve the resources of the parties and the Court. Additionally, the requested extensions will not cause undue delay or prejudice, as the case is in its earliest stages and discovery has not yet commenced.

Respectfully submitted January 26, 2024.

*/s/ Blake G. Abbott*
Blake G. Abbott
Paul J. Doolittle
**Poulin Willey Anastopoulo, LLC**
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake.abbott@ poulinwilley.com
paul.doolittle@poulinwilley.com

*Attorneys for Plaintiffs*

*/s/ Anna S. Day*
Anna S. Day
**Holland & Knight LLP**
1801 California Street, Suite 5000
Denver, CO 80202
303-974-6545
Email: anna.day@hklaw.com

*Attorney for Defendants*