IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM,
DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ,
MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf
of others similarly situated,

Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES
HOLDING, INC., FRONTIER AIRLINES MANAGEMENT,
INC., and INDIGO PARTNERS, LLC,

Defendants.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF FRONTIER AIRLINES HOLDINGS, INC., FRONTIER AIRLINES MANAGEMENT, INC., AND INDIGO PARTNERS LLC

COME NOW Plaintiffs Jeriyma Hartsfield, Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty Mckinney, and Chris Kline, by and through their undersigned counsel, and Defendants Frontier Airlines, Inc., Frontier Airlines Holdings, Inc., Frontier Airlines Management, Inc., and Indigo Partners LLC, by and through their undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that each and every count and claim asserted in this action against Frontier Airlines Holdings, Inc., Frontier Airlines Management, Inc., and Indigo Partners LLC (the "Non-Airline Defendants") be dismissed with prejudice, and each party to bear his, her, or its own costs, expenses and fees.

Dated: January 26, 2024          By: */s/ Blake G. Abbott*
Blake G. Abbott
**POULIN, WILLEY, ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
843-614-8888
Email: blake@akimlawfirm.com

*Attorney for Plaintiffs*

By: */s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties. Parties may access this filing through the Court's system.

*/s/  Blake G. Abbott*
Blake G. Abbott