UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No. 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM, DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ, MISTY MCKINNEY, and CHRIS KLINE, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., FRONTIER AIRLINES HOLDING, INC., FRONTIER AIRLINES MANAGEMENT, INC., and INDIGO PARTNERS, LLC,

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE OF FRONTIER AIRLINES HOLDINGS, INC., FRONTIER AIRLINES MANAGEMENT, INC., AND INDIGO PARTNERS LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED this 26th day of January, 2024.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge