IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD,
SIMON GEBRU,
MARK GRAHAM,
DAKOTA HELM,
MARLON GOSA,
DOMINQUE GUTIERREZ,
MISTY MCKINNEY, and
CHRIS KLINE,
    individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

This matter is before the Court on the parties' **Joint Motion to Extend Deadlines for the Responses and Replies to Frontier Airlines, Inc.'s Motion to Dismiss and Motion to Stay Discovery, and to Extend the Scheduling Conference and Associated Deadlines** [#36] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. **No later than February 20, 2024**, Plaintiffs shall file Responses to Defendant's Motion to Compel Arbitration and Dismiss Class Action Complaint Pursuant to Rule 12(b)(5) and (6) [#30] and to Defendant's Motion to Stay Discovery Pending Resolution of Their Pre-Answer Motions [#32]. **No later than March 12, 2024**, Defendant shall file Replies in connection with these same motions.

IT IS FURTHER **ORDERED** that the Scheduling Conference set for March 5, 2024, at 10:00 a.m. is **VACATED** and **RESET** to **March 20, 2024**, at **10:30 a.m.** in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.

IT IS FURTHER **ORDERED** that, **no later than March 13, 2024**, the parties shall

submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures.

Dated: February 6, 2024