IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD, SIMON GEBRU, MARK
GRAHAM, DAKOTA HELM, MARLON GOSA,
DOMINQUE GUTIERREZ, MISTY MCKINNEY, and
CHRIS KLINE, individually and on behalf of all others
similarly situated,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

## MOTION FOR PLAINTIFFS' COUNSEL TO APPEAR REMOTELY

Plaintiffs JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM, DAKOTA HELM, MARLON GOSA, DOMINQUE GUTIERREZ, MISTY MCKINNEY, and CHRIS KLINE (collectively "Plaintiffs"), respectfully request this Court to allow Plaintiffs' Counsel to appear remotely for the Scheduling Conference on March 20, 2024 at 10:30 a.m.

1. On February 6, 2024, this Court set a Scheduling Conference on March 20, 2024 at 10:30 a.m. (ECF 42).

2. Plaintiffs' Counsel requests to appear remotely at the Scheduling Conference on March 20, 2024 at 10:30 a.m.

3. On March 18, 2024, Plaintiffs' Counsel emailed with Defendant's Counsel regarding this Motion to Appear Remotely. Defendant's Counsel does not oppose this Motion.

1

**POULIN | WILLEY | ANASTOPOULO, LLC**
*/s/ Paul Doolittle*
Paul Doolittle, Esquire
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Email: paul.doolittle@poulinwilley.com
