IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD,
SIMON GEBRU,
MARK GRAHAM,
DAKOTA HELM,
MARLON GOSA,
DOMINQUE GUTIERREZ,
MISTY MCKINNEY, and
CHRIS KLINE,
    individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on Plaintiffs' **Motion for Plaintiffs' Counsel to Appear Remotely** [#48] (the "Motion"). Plaintiffs' counsel resides in Charleston, South Carolina. For good cause shown,

    IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**. Plaintiffs' counsel may appear at the March 20, 2024, Scheduling Conference by telephone. Counsel for Plaintiffs shall call the Court at **571-353-2301**, Access Code: **334545142#** from a land line, if possible, at the time of the Scheduling Conference.

    Dated: March 19, 2024