IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action No.: 23-cv-02093-RMR-KAS | Date: March 20, 2024 |
| Courtroom Deputy: Laura Galera | FTR: Courtroom C-204 |

| *Parties:* | *Counsel:* |
|---|---|
| JERIYMA HARTSFIELD, ET AL., | Paul Doolittle (by phone) |
| Plaintiffs, | |
| v. | |
| FRONTIER AIRLINES, INC., | Anna Day |
| Defendant. | |

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:44 a.m.**
Court calls case.  Appearances of counsel.

For the reasons as stated on the record it is:

**ORDERED:**   Defendants' Motion to Stay Discovery Pending Resolution of Their Pre-Answer Motions [32] is GRANTED.

As a result, the Court will not enter a Scheduling Order at this time.

Hearing concluded.
**Court in recess:      10:54 a.m.**
Total time in court:      00:10

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.