**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Regina M. Rodriguez**

Civil Action No. 23-cv-02093-RMR-KAS

JERIYMA HARTSFIELD,
SIMON GEBRU,
MARK GRAHAM,
DAKOTA HELM,
MARLON GOSA,
DOMINIQUE GUTIERREZ,
MISTY MCKINNEY, and
CHRIS KLINE,
      Individually and on behalf of others similarly situated,

      Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting Magistrate Judge's Recommendation entered by United States District Judge Regina M. Rodriguez on July 1, 2024, [ECF No. 53], it is

ORDERED that Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of the Defendant. It is

FURTHER ORDERED that the Defendant is awarded costs to be taxed by the Clerk of the Court in the time and manner prescribed in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

This case will be closed.

Dated at Denver, Colorado this 1st day of July, 2024.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ K. Myhaver
        K. Myhaver, Deputy Clerk