# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JERIYMA HARTSFIELD, SIMON GEBRU, MARK GRAHAM, DAKOTA HELM, MARLON GOSA, DOMINIQUE GUTIERREZ, MISTY MCKINNEY and CHRIS KLINE individually and on behalf of others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>DEFENDANT. | Case No. 1:23-CV-02093 |

## NOTICE OF APPEAL

Jeriyma Hartsfield, Simon Gebru, Mark Graham, Dakota Helm, Marlon Gosa, Dominique Gutierrez, Misty McKinney and Chris Kline, Plaintiffs in the above mentioned case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the final judgment entered on July 1, 2024.

Dated: July 30, 2024

Respectfully Submitted,

/s/   *Paul J. Doolittle*
Paul J. Doolittle, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
T: (803) 222-2222
Paul.doolittle@poulinwilley.com

*Attorney for Plaintiff and Putative Class*

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 30, 2024, the foregoing Notice of Appeal was filed electronically with the Clerk of the U.S. District Court, using the Court's CM/ECF system, which sent electronic notification to all parties who have appeared and are registered as CM/ECF participants in this matter.

/s/    *Paul J. Doolittle*
Paul J. Doolittle, Esq.
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
T: (803) 222-2222
Paul.doolittle@poulinwilley.com